| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **McKenzie Alene Mecham**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–9042** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Justin Alma Cunningham**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–6152** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Utah** | Date case filed for chapter **11:** | **7/15/26** |
| Case number: | **26–24296 MFT** | | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

**12/22**

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | McKenzie Alene Mecham | Justin Alma Cunningham |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1352 E Abigail Lane<br>Eagle Mountain, UT 84005 | 1352 E Abigail Lane<br>Eagle Mountain, UT 84005 |
| **4. Debtor's attorney**<br>Name and address | David P. Billings<br>Fabian & Clendenin dba Fabian VanCott<br>95 So. State Street<br>Ste 2300<br>Salt Lake City, UT 84111 | Contact phone 801–531–8900<br>Email dbillings@fabianvancott.com |
| **5. Bankruptcy trustee**<br>Name and address | Brian M. Rothschild tr<br>Parsons Behle & Latimer<br>201 South Main Street<br>Suite 1800<br>Salt Lake City, UT 84111 | Contact phone 801–532–1234<br>Email: brothschild@parsonsbehle.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 350 South Main #301<br>Salt Lake City, UT 84101 | Hours open:<br>8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone (801) 524–6687<br><br>Date: 7/27/26 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 20, 2026 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Dial: (888) 330–1716 Ten Min Before Mtg, Participant code: 8391838, By Teleconference** |

**8. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):**
- if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: 10/19/26.**

**Deadline for filing proof of claim:**
**For all creditors (except a governmental unit):** 9/23/26
**For a governmental unit:** 1/11/27

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing Deadline:**
30 days after the *conclusion* of the meeting of creditors

**9. Creditors with a foreign address**
If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Filing a Chapter 11 bankruptcy case**
Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business.

**For more information, see page 3 >**

| | |
|---|---|
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

United States Bankruptcy Court
District of Utah

In re: Case No. 26-24296-MFT
McKenzie Alene Mecham Chapter 11
Justin Alma Cunningham
Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin 
Date Rcvd: Jul 27, 2026 Form ID: 309E2 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | McKenzie Alene Mecham, Justin Alma Cunningham, 1352 E Abigail Lane, Eagle Mountain, UT 84005-4986 |
| tr | + | Brian M. Rothschild tr, Parsons Behle & Latimer, 201 South Main Street, Suite 1800, Salt Lake City, UT 84111-2218 |
| 12963923 | + | BHB722 INC D/B/A ORANGE FUNDING, c/o Rickin Desai Law PC, 167 Madison Avenue, Ste. 205, # 3008, New York, NY 10016-5403 |
| 12963925 | + | Brooklyn Stafford, 4727 West Nectar Tee Road, West Jordan, UT 84088-4526 |
| 12963926 | | Capital One Services, LLC, Attn: Bankruptcy Team, Salt Lake City, UT 84130-0285 |
| 12963927 | #+ | Christopher Letourneau, 149 North 400 West, Clearfield, UT 84015-9244 |
| 12963928 | + | Gage Stephens, 10168 South Barnsley Lane, UT 84009-7130 |
| 12963930 | | Internal Revenue Service, Philadelphia, PA 19101-7346 |
| 12963931 | + | Jobber f/k/a Paraffin, 101 Arch Street, Suite 1020, Boston, MA 02110-1142 |
| 12963932 | + | KeyBank, NA, Attn: Loss Mitigation, MailCode: OH-01-51-4002, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 12963933 | + | Kind Lending LLC, 1920 Main Street, Suite 1200, Irvine, CA 92614-7230 |
| 12963935 | | Mission Lane LLC, Atlanta, GA 30348-5286 |
| 12963943 | + | SRS Distribution, Inc., c/o Darwin Bingham Scalley Reading, 15 W. South Temple Suite 600, Salt Lake City, UT 84101-1536 |
| 12963941 | + | Service Finance Company, LLC, P.O. Box 299503, Boca Raton, FL 33429-9503 |
| 12963942 | + | Smith Six Companies, LLC, c/o Amanda Smith, 12137 South 1610 West, Riverton, UT 84065-7428 |
| 12963945 | + | T-Mobile USA, Inc., c/o Corporation Service Company, 15 W. South Temple, Ste. 600, Salt Lake City, UT 84101-1536 |
| 12963946 | + | Top Local Development LLC, 10929 South Redwood Road, Suite 210, South Jordan, UT 84095-8204 |
| 12963947 | | U.S. Department of the Treasury, Bureau of the Fiscal Service, Cross-Servicing Program, Birmingham, AL 35283-0794 |
| 12963950 | + | Utah Division of Professional Licensing, 160 East 300 South, 4th Floor, Salt Lake City, UT 84111-2305 |
| 12963951 | + | Utah Occupational Safety and Health, Heber G. Wells Building, 160 East 300 South, 3rd Floor, Salt Lake City, UT 84111-2305 |
| 12963952 | | Verocity Holdings, Inc., 1134 Anolas Way, Brilliant, AL 35548 |
| 12963953 | + | Vox Funding, LLC, c/o John Agozzino, 100 Park Avenue, 31st Fl., New York, NY 10017-5584 |
| 12963954 | + | Yendo Inc., c/o CORPORATION SERVICE COMPANY, 15 WEST SOUTH TEMPLE, SUITE 600, Salt Lake City, UT 84101-1536 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dbillings@fabianvancott.com | Jul 28 2026 00:11:00 | David P. Billings, Fabian & Clendenin dba Fabian VanCott, 95 So. State Street, Ste 2300, Salt Lake City, UT 84111 |
| aty | + | Email/Text: bkecfinbox@aldridgepite.com | Jul 28 2026 00:12:00 | Janci M. Lawes, Aldridge Pite, LLP, 374 East 720 South, Orem, UT 84058-6342 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jul 28 2026 00:12:00 | LoanCare, LLC, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| 12963924 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 28 2026 00:12:00 | Bridgecrest Acceptance Corporation, 7465 E Hampton Ave, Mesa, AZ 85209-3328 |
| 12963929 | + | Email/Text: chelsie.sharp@herculescu.com | Jul 28 2026 00:12:00 | Hercules First Federal Credit Union, 3141 WEST |

| | | | | |
|---|---|---|---|---|
| | | | | 4700 SOUTH, Salt Lake City, UT 84129-2525 |
| 12963944 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jul 28 2026 00:12:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 12969298 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 28 2026 00:12:00 | LoanCare, LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 12963934 | | Email/Text: camanagement@mtb.com | Jul 28 2026 00:12:00 | M&T Bank, c/o Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 12963936 | + | Email/Text: bankruptcy@macu.com | Jul 28 2026 00:12:00 | Mountain America Credit Union, Attn: Consumer Loan Servicing, P.O. Box 2331, Sandy, UT 84091-2331 |
| 12963937 | + | Email/Text: riskmanagement@mulliganfunding.com | Jul 28 2026 00:11:00 | Mulligan Funding, LLC, c/o Erin McLaughlin, 4715 Viewridge Avenue, Suite 100, San Diego, CA 92123-1628 |
| 12963938 | + | Email/Text: collections@pirscapital.com | Jul 28 2026 00:12:00 | PIRS Capital, 1688 Meridian Ave, Suite 700, Miami Beach, FL 33139-2713 |
| 12963939 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 28 2026 00:11:34 | Prosper Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 12963940 | ^ | MEBN | Jul 28 2026 00:08:48 | Robinhood Markets, Inc., 85 Willow Road, Menlo Park, CA 94025-3656 |
| 12963949 | | Email/Text: bknotice@upgrade.com | Jul 28 2026 00:12:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 12963948 | + | Email/Text: edbknotices@ecmc.org | Jul 28 2026 00:12:00 | United States Department of Education, Office of General Counsel, Room 6E353, 400 Maryland Ave, SW, Washington, DC 20202-0001 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Brian M. Rothschild tr, Parsons Behle & Latimer, 201 South Main Street, Suite 1800, Salt Lake City, UT 84111-2218 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian M. Rothschild tr | |

| | |
|---|---|
| | on behalf of Trustee Brian M. Rothschild tr brothschild@parsonsbehle.com ecf@parsonsbehle.com,docket@parsonsbehle.com;ecf.alert+Rothschild@titlexi.com;cbmr11@trustesolutions.net |
| Brian M. Rothschild tr | brothschild@parsonsbehle.com ecf@parsonsbehle.com,docket@parsonsbehle.com;ecf.alert+Rothschild@titlexi.com;cbmr11@trustesolutions.net |
| David P. Billings | on behalf of Joint Debtor Justin Alma Cunningham dbillings@fabianvancott.com atrent@fabianvancott.com |
| David P. Billings | on behalf of Debtor McKenzie Alene Mecham dbillings@fabianvancott.com atrent@fabianvancott.com |
| Janci M. Lawes | on behalf of Creditor LoanCare LLC jlawes@aldridgepite.com, jlawes4@gmail.com;ecfutb@aldridgepite.com |
| Melinda Willden tr | on behalf of U.S. Trustee United States Trustee melinda.willden@usdoj.gov Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 7